<u>RECORD OF GRAND JURY BALLOT</u>

C/R  3:25-52

UNITED STATES OF AMERICA v. DERRICK GATHERS

(SEALED UNTIL FURTHER ORDER OF THE COURT)