IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**UNITED STATES OF AMERICA**

**VS**                                                                  CR NO. **3:25-52**

**DERRICK GATHERS**

# PLEA

The defendant, **DERRICK GATHERS**, having withdrawn his plea of Not Guilty entered February 4, 2025, pleads **GUILTY** to Count **1** of the **Indictment** after arraignment in open court.

x _____
(Signed) Defendant

Columbia, South Carolina
February 12, 2026